# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT SIEGEL, On Behalf of Himself and All Others Similarly Situated, | Case No. CV 13-04418-GHK (MRWx) |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| WARNER/CHAPPELL MUSIC, INC., | |
| Defendant. | |

[Caption Continued On Next Page]

21195397.1

| | |
|---|---|
| RUPA MARYA, On Behalf of Herself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>WARNER/CHAPPELL MUSIC, INC.,<br><br>    Defendant. | Case No. CV 13-04460-GHK (MRWx) |

1  GOOD CAUSE APPEARING and pursuant to the parties' stipulation, IT IS SO ORDERED:

1. *Siegel v. Warner/Chappell Music, Inc.*, Case No. CV-13-04418 GHK (MRW) and *Marya v. Warner/Chappell Music, Inc.*, Case No. CV-13-04460 GHK (MRW) are consolidated for all purposes.

2. Nothing in Defendant's agreement to consolidation under Fed. R. Civ. P. 42(a) shall be construed to indicate Defendant's agreement that class certification is appropriate for either of the Related Actions, for the proposed consolidated class action, or for any other related action.

3. Plaintiffs shall file a Consolidated Complaint within ten (10) days of the entry of this order consolidating the aforementioned cases.

4. Defendant shall respond to the Consolidated Complaint within thirty (30) days of the filing of a Consolidated Complaint, or on or before August 30, 2013, whichever date is later.

5. If Defendant responds to the Consolidated Complaint by motion, Plaintiffs shall oppose such motion within thirty (30) days of Defendant's filing its motion, or on or before September 30, 2013, whichever date is later.

6. If Defendant files a reply to Plaintiffs' opposition, Defendant's reply shall be filed within thirty (30) days, or on or before October 30, 2013, whichever date is later.

DATED: _____   _____
THE HONORABLE GEORGE H. KING,
UNITED STATES DISTRICT COURT CHIEF JUDGE